W. C. BOLEY, Barbara C. Boley, Roy C. Boley and Marie Boley, Plaintiffs. v. DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT IN AND FOR MORGAN COUNTY, State of Utah, and First National Bank of Coalville, Utah, Defendants.

No. 5710.   Decided October 22, 1936.   (61 P. [2d] 624.)

*Thomas & Thomas,* of Salt Lake City, for appellant.

*John S. Boyden,* of Salt Lake City, for respondent.

EPHRAIM HANSON, Justice.

For the reasons given in the opinion filed this date in the case of *First National Bank of Coalville, Utah,* v. *W. C. Boley et al.,* 90 Utah 341, 61 P. (2d) 621, the order of the lower court, complained of herein, is affirmed and the defendant First National Bank of Coalville, Utah, permitted to proceed with the foreclosure proceedings, the defendants to recover their costs.

ELIAS HANSON, C. J., and FOLLAND, MOFFAT, and WOLFE, JJ., concur.